# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

**v.**

Kenneth Joseph Owen Thomas

**Case No:** 23-3227

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Kenneth Joseph Owen Thomas

### Counsel Information

Lead Counsel: John M. Pierce

Direct Phone: ( 662 ) 665-1061 Fax: ( ) - Email: jpierce@johnpiercelaw.com

2nd Counsel: Roger I. Roots

Direct Phone: ( 662 ) 665-1061 Fax: ( ) - Email: rroots@johnpiercelaw.com

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: John Pierce Law P.C.

Firm Address: 21550 Oxnard Street, 3rd Floor, PMB#172, Woodland Hills, CA 91367

Firm Phone: ( 662 ) 665-1061 Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.